[No. 12394-7-I.  Division One.  November 28, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVIE BEAVER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82-1-00573-4, David W. Soukup, J., entered October 26, 1982. *Dismissed* by unpublished per curiam opinion.

[No. 11889-7-I.  Division One.  November 28, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURALEE REICH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82-1-00144-5, Frank L. Sullivan, J., entered May 25, 1982. *Dismissed* by unpublished per curiam opinion.

[No. 12439-1-I.  Division One.  November 28, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LAWRENCE COLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82-1-02034-2, Frank L. Sullivan, J., entered October 5, 1982. *Dismissed* by unpublished per curiam opinion.

[No. 12504-4-I.  Division One.  November 28, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. RAPHAEL HOLLINS, *Defendant*, DWANE ELLIOT BUTLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82-1-02212-4, Robert M. Elston, J., entered October 21, 1982. *Dismissed* by unpublished per curiam opinion.